FILED
EASTERN DISTRICT OF MISSOURI

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $211,555.00 U.S. CURRENCY, et al,<br><br>Defendant. | ) | No. 4:26-MC-01076-SRW |

**MOTION TO EXTEND TIME TO FILE COMPLAINT FOR FORFEITURE**

Comes now the United States of America, by and through its attorneys, Thomas C. Albus, United States Attorney for the Eastern District of Missouri, and Ricardo Dixon, Assistant United States Attorney for said District, and respectfully moves this Court to extend the time in which the United States is required to file a verified complaint for forfeiture and in support of its Motion states as follows:

1. On May 27, 2026, the following defendant property was seized from Peter Brooks during the course of a criminal investigation:

a. Approximately $211,555.00 U.S. Currency;

b. Approximately $69,620.00 U.S. Currency;

c. Approximately $225,140.00 U.S. Currency;

d. Approximately $245,600.00 U.S. Currency in Safe Deposit Box #2350, Enterprise Bank & Trust;

e. Assorted Jewelry;

i. Gent's 18 karat rose gold Audemars Piquet Royal Oak Offshore Chronograph Strap Watch, S/N: K31317;

ii. Gent's 18 karat rose gold Audemars Piquet Royal Oak Strap Watch, S/N: 174912; and

iii. Gent's Breitling Superocean Automatic Watch with mesh bracelet band;

f. Sig Sauer (SIG-ARMS) P226 Pistol, S/N:47A047575;

g. Derya Arms (Derya Silah Sanayi) VR-80 shotgun, S/N:R067168;

h. Zastava Z-PAP M70 Rifle, S/N:Z70-167099;

i. Colt Gold Cup Trophy Pistol, S/N:GCX16713;

j. Sig Sauer (SIG-ARMS) P220 Elite pistol, S/N:37B040992;

k. HS Produkt (IM METAL) XD40 sub-compact pistol, S/N:US370999;

l. Stoeger 3000 shotgun, S/N:75-H23YT-009439;

m. Shadow Systems, LLC XR920 pistol, S/N:SSX052837;

n. Glock GMBH 31 pistol, S/N:FEB308;

o. Masterpiece Arms Defender pistol, S/N:FX09747;

p. Joe Bob Outfitters, LLC ML-15 rifle, S/N:KS-04554;

q. Anderson Manufacturing AM-15 rifle, S/N:17054647; and

r. 2023 Ford F-150 Truck, VIN: 1FTFW1E52PKD88866.

2. All of the written notice of intent to forfeit required by Title 18, United States Code, Section 983(a)(1)(A) to be sent by the Drug Enforcement Administration and Bureau of Alcohol, Tobacco, Firearms and Explosives to interested parties has been sent.

3. The time has expired for any person to file an administrative claim to the property under Title 18, United States Code, Section 983(a)(2)(A)-(E).

4. The only people to file administrative claims to the defendant property with the Drug Enforcement Administration and Bureau of Alcohol, Tobacco, Firearms and Explosives are Peter Brooks and Rachel Brooks on July 24, 2026.

5. Title 18, United States Code, Section 983(a)(3)(A) provides as follows:

> Not later than 90 days after a claim has been filed, the Government shall file a complaint for forfeiture in the manner set forth in the Supplemental Rules for Certain Admiralty and Maritime Claims or return the property pending the filing of a complaint, except that a court in the district in which the complaint will be filed ***may extend the period for filing a complaint for good cause shown*** or upon agreement of the parties.

6. Title 18, United States Code, Section 983(a)(3)(B) also provides that the United States may maintain possession of the property by filing criminal charges within the relevant time frame.

7. Accordingly, absent an order extending its time, the United States must either file a civil complaint for forfeiture of the above-captioned property or file criminal charges on or about October 22, 2026.

8. The United States has an ongoing criminal investigation regarding the conduct giving rise to the forfeiture of the property. If a civil complaint is filed, any discovery in a civil case would impede the Government's ability to conduct its ongoing criminal investigation and would also create a burden on the claimant's right against self-incrimination. Should the property be returned to the claimant there would be no assurance that the property would be available as evidence in any subsequent court proceedings.

9. The requested extension is in the interest of justice insofar as it avoids the need for duplicative actions and thereby conserves judicial and other governmental resources.

10. A proposed order is included herewith for the Court's consideration.

WHEREFORE, for the foregoing good cause, the Government respectfully requests that the Court extend the period in which the United States is required to file a Complaint against the property and/or to return criminal charges until January 20, 2027.

Dated: October 8, 2026

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney

*/s/ Ricardo Dixon*
RICARDO DIXON, #70026(MO)
Assistant United States Attorney
111 South 10th Street, Suite 20.333
Saint Louis, Missouri 63102
Telephone: (314) 539-2200
*Ricardo.Dixon@usdoj.gov*

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2026, a copy of the foregoing was sent via first-class mail, postage prepaid and addressed to the following:

Peter Brooks
2421 Christopher View Dr.
St. Louis, MO 63129

Joel Schwartz
Attorney for Peter Brooks
Rosenblum, Schwartz, Fry, & Johnson
120 S. Central Ave, Suite 130
Clayton, MO 63105

Rachel Brooks
2421 Christopher View Dr.
St. Louis, MO 63129

Sanford Boxerman
Attorney for Rachel Brooks
Neill Schwarin Boxerman, P.C.
120 S. Central Ave, Suite 623
St. Louis, MO 63105

*/s/ Ricardo Dixon*
RICARDO DIXON, #70026(MO)
Assistant United States Attorney